**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

BARBARA ENGELS,
    Plaintiff,

v.                                                                            2:25-cv-726-NPM

JENNIFER MARIE GANTLETT,
    Defendant.

---

## ORDER

During the afternoon of December 11, 2024, there was a four-car collision on the rain-soaked streets of Naples, Florida. Claiming that defendant Jennifer Gantlett was at fault, plaintiff Barbara Engels seeks relief for orthopedic and neurological injuries allegedly caused by the accident. In turn, Gantlett desires Rule 35 examinations of Engels by a neurologist and an orthopedist. Although there is apparently no dispute over the propriety of the requested exams, Engels has been unduly slow to confirm the dates. (Doc. 32-1).[1] So, in response to Gantlett's time-sensitive motion to compel these examinations, our May 7 order directed Engels's counsel to confer—by telephone, video, or in person—with defense counsel by May 11 and to file a notice of any unresolved issues by May 13. (Doc. 34).

---

[1] This is another episode in an unacceptable pattern of indolence. Engels elected to forego any response to a previous motion to compel written discovery responses (Doc. 27), and she has yet to file her Local Rule 3.03 disclosure despite having certified that she did so (Doc. 17), and despite our August 19, 2025 order requiring her "immediate" compliance.

But Engels neither sought relief from our order nor made any meaningful attempt to comply with it. Put simply, she defied the order. (Doc. 35-1). Consequently, the motion to compel (Doc. 32) is deemed unopposed [2] and **GRANTED**.

When a court orders a party to submit to a physical or mental examination, the order must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it. *See* Fed. R. Civ. P. 35(a)(2)(B). The Rule 35 examinations of Engels will be conducted as follows:

**Name of Physician:** Dr. Brad Herskowitz, M.D.
**Specialty:** Neurologist
**Manner & Scope:** General comprehensive neurological examination, review of prior medical records, and a non-surgical examination that will likely not exceed two hours
**Location:** 1415 Panther Lane, Naples, Florida 34109
**Date and Time:** June 5, 2026 at 11:00 am

**Name of Physician:** Dr. Donn Fuller, M.D.
**Specialty:** Orthopedic Surgeon
**Manner & Scope:** Non-surgical orthopedic examination to determine the extent and nature of alleged physical injuries, review of prior medical records, and taking of Plaintiff's medical history that will likely not exceed two hours
**Location:** 1415 Panther Lane, Naples, Florida 34109
**Date and Time:** June 18, 2026 at 11:00 am

Any court reporter, videographer, or third party is prohibited from attending the Rule 35 examinations. *See Grieb v. Rambosk*, No. 2:24-cv-265-JLB-NPM,

---

[2] *See* M.D. Fla. R. 3.01(d) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

2025 WL 2443628, *1-2 (M.D. Fla. Aug. 25, 2025) (the majority view in federal practice prohibits recording and the presence of third parties).

**ORDERED** on May 15, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge